# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | CD 20-11242-JWH<br>CV 20-11240-JWH<br>CV 20-11245-JWH | Date | July 8, 2022 |
| Title | *In Re Debtor Brian Jay Buenviaje*<br>*In Re LBJ Healthcare Partners, Inc.*<br>*In Re Rosalinda Buenviaje* | | |

Present: The Honorable **JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE**

| Deborah Lewman | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   ORDER RE BRIEFING (IN CHAMBERS)**

On July 8, 2022, the Court conducted a Scheduling Conference for the related Bankruptcy Adversary Proceedings in case numbers EDCV 21-01903-JWH, EDCV 21-01906-JWH, and EDCV 21-01907-JWH. During that conference, the Court raised the issue of whether it possesses jurisdiction to address the pending motions for reconsideration and to reopen case in the instant appeals.

The Court sets the following briefing schedule on its Order to Show Cause re Jurisdiction in the instant appeals:

| | |
|---|---|
| Appellees' Consolidated Briefing: | July 29, 2022 |
| Appellants' Consolidated Response: | August 19, 2022 |
| Appellees' Consolidated Reply: | September 2, 2022 |
| Hearing Date: | September 16, 2022, at 9:00 a.m. |

**IT IS SO ORDERED.**